1070

[No. 24302-1-I.   Division One.   August 27, 1990.]

WILLIAM M. STRANDRUD, ET AL, *Appellants,* v. NORTHSHORE SCHOOL DISTRICT No. 417, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-23668-6, Arthur E. Piehler, J., entered May 22, 1989. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Pekelis and Forrest, JJ.

[No. 25470-7-I.   Division One.   August 27, 1990.]

GARY P. SMITH, *Respondent,* v. CARLA J. HIGGINSON, *Individually and as Municipal Court Judge,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for San Juan County, No. 88-2-05079-2, Howard A. Patrick, J., entered February 8, 1989. *Reversed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 23649-1-I.   Division One.   August 27, 1990.]

*In the Matter of the Dependency of* J.L.

PAULINE L., *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-7-00274-8, Edward Heavey, J., entered January 30, 1990. *Reversed* by unpublished opinion per Webster, J., concurred in by Scholfield and Pekelis, JJ.